**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JULIO CORDOVA-MARTINEZ, AKA
Marvin Campos, AKA Juan Sanchez-
Gomez,

           Petitioner,

  v.

WILLIAM P. BARR, Attorney General,

           Respondent.

No.    18-73347

Agency No. A206-677-042

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 7, 2020[**]

Before:    TASHIMA, BYBEE, and WATFORD, Circuit Judges.

Julio Cordova-Martinez, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying cancellation of removal. Our jurisdiction is

governed by 8 U.S.C. § 1252. We deny in part and dismiss in part the petition for

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

review.

Cordova-Martinez does not raise, and therefore waives, any challenge to the agency's removability determination and the denial of cancellation of removal. *See Lopez-Vasquez v. Holder*, 706 F.3d 1072, 1079-80 (9th Cir. 2013) (issues not specifically raised and argued in an opening brief are waived).

We lack jurisdiction to review Cordova-Martinez's due process claims. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004) (finding no jurisdiction to review due process claims based on correctable procedural errors that were not raised to the agency).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**